**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  DEBORAH LEE BOOTH                                        Case Number: 07-72048
        211 DRESSER ROAD                    SSN-xxx-xx-0178
        DEKALB, IL  60115

                                                         Case filed on:      8/29/2007
                                                         Plan Confirmed on:

                                   U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY M KRASNER | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DEBORAH LEE BOOTH | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 152,243.60 | 130,813.12 | 0.00 | 0.00 |
|   | Total Secured | 152,243.60 | 130,813.12 | 0.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 0.02 | 21,430.50 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 559.92 | 559.92 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 429.25 | 429.25 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 773.37 | 773.37 | 0.00 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 761.41 | 0.00 | 0.00 | 0.00 |
| 008 | B-REAL LLC | 529.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 237.55 | 237.55 | 0.00 | 0.00 |
|   | Total Unsecured | 3,290.52 | 23,430.59 | 0.00 | 0.00 |
|   | Grand Total: | 155,534.12 | 154,243.71 | 0.00 | 0.00 |

Total Paid Claimant:    $0.00
Trustee Allowance:      $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00         discharging the trustee and the trustee's surety from any and all
                                      liablility on account of the within proceedings, and closing the estate,
                                      and for such other relief as is just.  Pursuant to FRBP, I hereby
                                      certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008           By  /s/Heather M. Fagan